**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Lancaster Mortgage Bankers, LLC
Debtor

                                            Case No.: 07−22479−MBK
                                            Chapter 7

Peggy E. Stalford, Trustee
Plaintiff

v.

Lion Financial, LLC
Defendant

Adv. Proc. No. 08−01028−MBK                               Judge: Michael B. Kaplan

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

      Please be advised that on June 9, 2008, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 38 − 10, 13
AMENDED MEMORANDUM DECISION (related document:[10] Motion For Summary Judgment RE: Summary Judgment in favor of Lion Financial, LLC and against Plaintiff Trustee and Defendant Specialized Loan Servicing, LLC filed by Cross Defendant Lion Financial, LLC, Defendant Lion Financial, LLC, [13] Cross Motion re: Summary Judgment and/or Allowing Plaintiff to Amend Its Complaint (related document:[10] Motion For Summary Judgment RE: Summary Judgment in favor of Lion Financial, LLC and against Plaintiff Trustee and Defendant Specialized Loan Servi filed by Counter−Defendant Peggy E. Stalford, Trustee, Plaintiff Peggy E. Stalford, Trustee). The following parties were served: Plaintiff, Plaintiff's Attorney, Defendants, Defendants' Attorneys. Signed on 6/4/2008. (slf, )

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 9, 2008
JJW: slf

                                                                       James J. Waldron
                                                                       Clerk